```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


EBRAHIM SHANEHCHIAN,           :    NO.  1:07-CV-00828
Individually and on behalf of  :
all others similarly situated, :
                               :
         Plaintiffs,           :
                               :
      v.                       :    OPINION & ORDER
                               :
MACY'S, INC. et al.,           :
                               :
         Defendants.           :
```

On March 10, 2011, the Court issued an Opinion and Order granting Plaintiffs' Motion to Certify a Class (doc. 164). Defendants appealed that opinion, and the Court imposed a stay on all discovery pending that appeal (doc. 177).  Pending before the Court is Plaintiffs' motion for reconsideration on the Court's stay (doc. 179).

On May 19, 2011, the Sixth Circuit Court of Appeals denied Defendants' petition for permission to appeal the Court's class certification order (doc. 180).  The Court held a telephone status conference on June 9, 2011, with Jeffrey Norton and Arvind Khurana for Plaintiffs and Erica Flores and Jeremy Blumenfeld for Defendants.

The following decisions result from the status conference.  The Court scheduled a settlement conference for September 7, 2011, to begin at 10:00 A.M.  Decision-makers on both sides, including a decision-maker for Defendants' primary insurer,

are expected to be present, and the conference is scheduled for the entire day.  The Court continues the stay on its decision on Defendants' pending motion for partial summary judgment and judgment on the pleadings, pending the outcome of the settlement conference.  The Court similarly continues the stay on discovery, provided, however, that the parties are permitted to engage in limited discovery only inasmuch as it relates to damages in preparation for the settlement conference.  The parties are to provide to the Court by no later than August 31, 2011, a summary explaining how they arrive at their respective damages calculations, and there is no need for a response to those submissions.

Plaintiffs' outstanding motion for reconsideration of the Court's April 27, 2011 order (doc. 179) is therefore DENIED as moot.


SO ORDERED.

Dated: June 9, 2011            /s/ S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge