AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EBRAHIM SHANECHIAN, et al.

Plaintiffs,

V.

MACY'S, INC., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:07-cv-00828

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court GRANTS Lead Plaintiffs' Motion for: (1) Final Approval of Class Action Settlement and (2) Plan of Allocation of Settlement Proceeds and Lead Counsel's Motion for: (1) Award of Attorneys' Fees and Reimbursement of Expenses and (2) Case Contribution Awards (doc. 219); APPROVES the parties' settlement of this case as fair, adequate, and reasonable; AWARDS Plaintiffs' attorneys fees in the amount of 30% of the settlement fund and reimbursement of expenses in the amount of $435,916.32; and AWARDS case contribution payments of $5,000 to class representatives Anita Johnson, Donald Snyder, and Joseph Stengel and of $1,000 to named Plaintiff Ebrahim Shanehchian.

| 5/8/2013 | JOHN P. HEHMAN, CLERK |
|---|---|
| Date | Clerk |
|  | s/Kevin Moser |
|  | (By) Deputy Clerk |