≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EBRAHIM SHANECHIAN, et al.,

Plaintiffs,

**AMENDED JUDGMENT IN A CIVIL CASE**

V.

MACY'S INC., et al.,

Case Number: 1:07-cv-00828

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

…the Court GRANTS Lead Plaintiffs' Motion for: (1) Final Approval of Class Action Settlement and (2) Plan of Allocation of Settlement Proceeds and Lead Counsel's Motion for: (1) Award of Attorneys' Fees and Reimbursement of Expenses and (2) Case Contribution Awards (doc. 219); APPROVES the parties' settlement of this case as fair, adequate, and reasonable; AWARDS Plaintiffs' attorneys fees in the amount of 30% of the settlement fund and reimbursement of expenses in the amount of $435,916.32;  and AWARDS case contribution payments of $5,000 to class representatives Anita Johnson, Donald Snyder, and Joseph Stengel and of $1,000 to named Plaintiff Ebrahim Shanehchian.

The Court further ORDERS that, upon the Effective Date of the Settlement, the Class Representatives, the Plans, and the Class Members, on behalf of themselves and their Representatives, heirs, executors, administrators, trustees, Predecessors, Successors-In-Interest, and assigns (in their capacities as such), release and forever discharge and are forever enjoined from prosecuting any Settled Claim against any of the Released Parties and covenant not to sue any of the Released Parties with respect to any of the Settled Claims; provided, however, that no Released Party shall seek any remedy for assertion of Settled Claims by any Class Member other than the Class Representatives until at least thirty (30) days after providing such Class Member with written notice of his or her release of, and the injunction against asserting, Settled Claims and demanding such Class Member to desist from any conduct in violation thereof.

The Court ORDERS that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, the other Released Parties and their Representatives, heirs, executors, administrators, trustees, Predecessors, Successors-In-Interest, and assigns (in their capacities as such) release and forever discharge and are forever enjoined from prosecuting the Settled Defendants' Claims against the Class Representatives, all members of the Class, and Plaintiffs' Counsel.

Finally, the Court ORDERS that all claims that were asserted in the Action are hereby DISMISSED WITH PREJUDICE, without further order of the Court, pursuant to the terms of the parties' settlement agreement, which is incorporated herein by reference and made part of this Order. The Court retains jurisdiction over all matters arising out of or related to the Settlement.

| 6/25/2013 | JOHN P. HEHMAN, CLERK |
|---|---|
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |